# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR. | Case No. CV 15-0614-PA (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| COUNTY ASSISTANT FLANNINGON et al., | |
| Defendants. | |

    Pursuant to the Order Denying Plaintiff's In Forma Pauperis Application, and because Plaintiff has not timely paid the filing fee,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 5, 2016

_____
PERCY ANDERSON
U.S. DISTRICT JUDGE